*E-filed on*  5/22/06

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| JAMES W. CALLOWAY, | No. C-02-05882 RMW |
|---|---|
| Petitioner, | ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME |
| v. | |
| RONALD M. WHITE, Warden, | **[Re Docket No. 15]** |
| Respondent. | |

    Petitioner James W. Calloway's motion for an additional thirty days to respond to respondent's answer is granted. Petitioner may file his traverse on or before May 17, 2006.

DATED:       5/22/06

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME—No. C-02-05882 RMW
JAH

**A copy of this order was mailed on _____ to:**

**Counsel for Petitioner:**

Mark Shenfield
First District Appellate Project
730 Harrison Street, Suite 201
San Francisco, CA 94107

**Counsel for Respondent:**

Ann P Wathen; Bill Lockyer; Gerald A. Engler; Peggy S. Ruffra; Robert R. Anderson
CA State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER GRANTING MOTION FOR ENLARGEMENT OF TIME—No. C-02-05882 RMW
JAH                                   2