**E-FILED on**   3/19/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES WILSON CALLOWAY,<br><br>　　　　Petitioner,<br>　v.<br>RONALD M. WHITE, Warden,<br><br>　　　　Respondent. | No. C-02-05882 RMW<br><br>ORDER RE: PETITIONER'S MOTION TO REVIEW<br><br>**[Re Docket Nos. 20]** |

　　Petitioner James Wilson Calloway, who is represented by counsel, submitted a "Motion for Review" with regard to his habeas petition. Calloway, proceeding *pro se* for purposes of filing this motion because his attorney has not returned his calls, asks the court to consider the recent Supreme Court decision *Cunningham v. California*, 549 U.S. __, 127 S.Ct. 856 (2007). The court will consider this case when it issues its ruling on plaintiff's habeas petition.

DATED:   3/19/08

　　　　　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　United States District Judge

ORDER RE: PETITIONER'S MOTION TO REVIEW—No. C-02-05882 RMW

**A copy of this order was mailed on        3/19/08        to:**

**Counsel for Petitioner:**

Mark Shenfield
First District Appellate Project
730 Harrison Street, Suite 201
San Francisco, CA 94107

James W. Calloway
TO9230
CTFN-RB-119
P.O. Box 705
Soledad, CA 93960-0705

**Notice of this document has been electronically sent to:**

**Counsel for Respondent:**

Ann P Wathen                    ann.wathen@doj.ca.gov
Peggy S. Ruffra                 peggy.ruffra@doj.ca.gov

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.

ORDER RE: PETITIONER'S MOTION TO REVIEW—No. C-02-05882 RMW
2