*E-FILED - 5/14/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JAMES WILSON CALLOWAY,** | C-02-05882 RMW |
| Petitioner, | **[] SCHEDULING ORDER** |
| v. | |
| **RONALD M. WHITE, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until June 2, 2008, to file an opposition to petitioner's motion for summary judgment. Petitioner may file a reply within 7 days of his receipt of respondent's opposition.

DATED:  ___5/14/08_____

*Ronald M. Whyte*
United States District Judge