*E-FILED - 6/12/08*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **JAMES WILSON CALLOWAY,**<br><br>Petitioner,<br><br>v.<br><br>**RONALD M. WHITE, Warden,**<br><br>Respondent. | C-02-05882 RMW<br><br>**[ ] SCHEDULING ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 2, 2008, to file an opposition to petitioner's motion for summary judgment. Petitioner may file a reply within 7 days of his receipt of respondent's opposition. No further extensions shall be granted for respondent's opposition unless the parties - otherwise stipulate. (rmw)

DATED: __6/6/08_____

_____
United States District Judge