Mark Shenfield
PO Box 1629
Guerneville, CA 95446
707-869-9971
Attorney for Petitioner James W. Calloway

FILED

2008 JUL 25 P 3: 13

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/6/08*

JAMES WILSON CALLOWAY,

Petitioner,

vs.

RONALD M. WHITE, Warden,

Respondent

No. C 02-05882 RMW

ORDER GRANTING APPLICATION FOR 10-DAY EXTENSION OF TIME

Petitioner James Calloway respectfully requests an extension of 10 days in which to file his reply to respondent's opposition to the motion for summary judgment.

As grounds for this motion, petitioner would show:

1. Petitioner's reply to respondent's opposition to motion for summary judgment is currently due on July 28, 2008.

2. Petitioner's counsel was out on vacation between July 11 and July 20, 2008, and has not had adequate time to review and reply to respondent's opposition;

3. Petitioner's counsel spoke with respondent's counsel, Deputy Attorney General Ann Wathen, Wednesday evening, July 23, 2008, and she has no objection to the proposed extension.

Wherefore, premises considered, Petitioner James Calloway prays this court grant a 10 day extension up to and including Thursday, August 7, 2008, in which to file his reply to



1  respondent's opposition to the motion for summary judgment.

2

3  Date: July 24, 2008                                          Respectfully submitted,

4

5                                                               _____
                                                                Mark Shenfield
6

7

8

9

10

11  Dated: <u>8/6/08</u>



## DECLARATION OF SERVICE

Case Name: Calloway v. White      No. C 02-05882 RMW

I, the undersigned, declare I am over 18 years of age and not a party to the within cause; my office address PO Box 1629, Guerneville, CA 95446. On July 24, 2008, I served a true copy of the attached Application for Extension of Time on each of the following, by placing the same in an envelope addressed as follows:

Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

The envelope was then sealed and deposited in the United States mail at Guerneville, Sonoma County, California, the county in which I work, with the postage thereon fully prepaid.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on July 24, 2008, at Guerneville, California.

*[signature]*
Declarant