IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES WILSON CALLOWAY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RONALD M. WHITE, Warden,<br><br>　　　　Respondent. | NO. C-02-05882-RMW<br><br>JUDGMENT |

On August 20, 2009 the court denied Petitioner's motion for summary judgment and granted Respondent's motion for dismissal. Therefore,

IT IS HEREBY ORDERED that judgment be entered in favor of Respondent and that Petitioner is not entitled to any relief by way of his petition.

DATED: August 20, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　United States District Judge