IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JAMES W. CALLOWAY, | No. C-02-05882 RMW |
| Petitioner, | ORDER DIRECTING PARTIES TO SUBMIT PROPOSED ORDERS AND JUDGMENTS |
| v. | |
| RONALD M. WHITE, Warden, | |
| Respondent. | |

On May 3, 2012, the United States Court of Appeals for the Ninth Circuit granted James W. Calloway's petition for *habeas* relief. *Calloway v. Grounds*, No. 09-1728, slip op. (9th Cir. May 3, 2012). On January 16, 2013, the Ninth Circuit issued the final mandate. Dkt. No. 72. Following the mandate, this court orders both parties to submit proposed orders and judgments carrying out the Ninth Circuit's decision, to be filed no later than Monday, February 4, 2013.

DATED:   January 28, 2013

RONALD M. WHYTE
United States District Judge

ORDER DIRECTING PARTIES TO SUBMIT PROPOSED JUDGMENTS
 —C-02-05882 RMW
ALG